# New York Coalition to Save the SS United States, Inc.

| COFOUNDERS: | | Mike Lewis |
|---|---|---|
| | | *Executive Program Director* |
| **James Kaplan, Esq.** | | **Jason Wade** |
| **Dan McSweeney** | | *Chief Preservation Officer* |
| nycsavessus@gmail.com | | X: @Save_SS_US |



February 10, 2025

President Donald J. Trump
The White House

Dear Mr. President:

    The SS UNITED STATES ("SSUS"), built in 1951, is an icon of American achievement. She is the largest passenger liner ever built in our nation, and still holds the record for the fastest trans-Atlantic crossing. Recently, this majestic ship was sold to Okaloosa County (Florida) for one million dollars for the purpose of sinking her in the nearby Gulf waters, where she would become the world's largest artificial reef. The towing of the SSUS from her current berth in Philadelphia to the Gulf is imminent. A website (https://www.destinfwb.com/explore/eco-tourism/ssus) has even been set up to track her movements once she gets underway, which could be as soon as next week.

    The New York Coalition to Save the SS United States, Inc. ("Coalition") is a New York not-for-profit corporation formed in late 2024 for the purpose of preserving the vessel afloat, restoring her, and making her a welcome site for the public to visit. Although we have been trying to raise funds for such efforts, that is a herculean task given the amount of money needed. We are writing to you in the hope that the Executive Branch would quickly take much-needed action. The Coalition believes that it would be far better to preserve the SSUS in her home port of NYC, afloat in Brooklyn where a berth has long been available for her, than sunk in Okaloosa County's waters.

    Public Laws 92-296 and 94-536, taken together, authorize the United States to take the vessel for pubic use, paying just compensation to her owner. The more recent statute widens the scope of potential public use beyond the earlier one's "for operation under the American flag." We urge you to take the necessary executive action to effectuate the intent of those statutes, not only in taking the ship, but also the many components and artifacts that have already been stripped off her and sold.

    While the creation of artificial reefs for marine habitat is a laudable effort, there are many in that region already, and other vessels could be used for such purposes. Moreover, the speed records of the SSUS are in part the result of the use of lightweight aluminum in her construction. This presents unique and untested risks of harm as that metal oxidizes in seawater. Such effects must be fully vetted before sinking an American Flagship that could create the next environmental disaster.

    The SSUS could become among the greatest economic and cultural sites in Brooklyn. As with SS Queen Mary in California, Queen Elizabeth in Dubai, and SS Rotterdam in the Netherlands, our own Northeastern Seaboard should host such an attraction, and can do so even better.

    As we stand at the crossroads of the Preservation v. Destruction of a monument to American innovation, it is imperative that we acknowledge the gravity of inaction. The SSUS, an iconic and irreplaceable testament to American achievement, is on the brink of being lost forever. This is not just a matter of preserving a historic vessel: it is about honoring the legacy of American Greatness and of the many who traveled on the vessel. We implore you take prompt executive action by ordering the taking of this precious symbol of American engineering and shipbuilding for public use.

Respectfully,
New York Coalition to Save the Steam Ship United States, Inc.
