UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| NEW YORK COALITION TO SAVE THE STEAM SHIP UNITED STATES, INC. | * * * | |
| *Plaintiff*, | * | 3:25-cv-00212-MCR-HTC |
| v. | * * | |
| OKALOOSA COUNTY, FLORIDA, | * * | |
| *Defendant*. | * * | |

## NOTICE OF INTENTION TO FILE AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that Plaintiff NEW YORK COALITION TO SAVE THE STEAM SHIP UNITED STATES, INC. intends to respond to the motion made by Defendant OKALOOSA COUNTY, FLORIDA (ECF Document 10) by filing an amended complaint as a matter of course within 21 days after the filing/service of the motion (*i.e.*, by April 18, 2025), as provided by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, in lieu of opposing the motion.

Dated: April 11, 2025
Port Washington, New York

JAMES M. MALONEY
Attorney for Plaintiff
Law Office of James M. Maloney
33 Bayview Avenue
Port Washington, New York 11050
(516) 767-1395
maritimelaw@nyu.edu