UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NEW YORK COALITION TO SAVE
THE STEAM SHIP UNITED
STATES, INC.,
    Plaintiff,
v.

OKALOOSA COUNTY, FLORIDA,
    Defendant.

CASE NO. 3:25-cv-212-MCR-HTC

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  April 21, 2025
Motion/Pleadings: MOTIONS TO DISMISS COMPLAINT
Filed by  Defendant   on March 28, 2025   Doc. # 10
\_\_\_ Stipulated   \_\_\_ Joint Pleading
\_\_\_ Unopposed   \_\_\_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:   Patricia G. Romero

On consideration, the motion is **DENIED** as moot. *See* ECF No. 12. Defendant must respond to Plaintiff's Amended Complaint (ECF No. 12) within **fourteen (14) days** of the date of this Order.

**DONE** and **ORDERED** this 23rd day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**