UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY

NEW YORK COALITION TO SAVE
THE STEAM SHIP UNITED STATES INC,

    Plaintiff,

v.                           CASE NO. 3:25cv212-MCR-HTC

OKALOOSA COUNTY FLORIDA,

    Defendant.
_____/

## ORDER

In response to the Amended Complaint, ECF No. 12, Defendant has moved to dismiss this action, challenging the Plaintiff's standing to bring the suit and also arguing that the Amended Complaint fails to state a claim. Because the Court's jurisdiction is in question, the case and all discovery will be and is **STAYED** until the Court resolves the Motion to Dismiss, ECF No. 16. Plaintiff's response to the Motion to Dismiss is due in **14 days**.

**DONE and ORDERED** this 7th day of May 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**