IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| NEW YORK COALITION TO<br>SAVE THE STEAM SHIP<br>UNITED STATES, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>OKALOOSA COUNTY, FLORIDA,<br><br>          Defendant. | 3:25-cv-00212-MCR-HTC |

**PLAINTIFF'S UNOPPOSED MOTION
FOR A TWO-WEEK EXTENSION OF TIME TO FILE MEMORANDUM
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff NEW YORK COALITION TO SAVE THE STEAM SHIP UNITED STATES, INC. hereby moves, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.1, for a two-week extension of time to file a Memorandum in Opposition to Defendants' Motion to Dismiss (Dkt. No. 16). Undersigned counsel has conferred with Defendant's counsel, and Defendants do not oppose this motion.

Pursuant to Local Rule 7.1(E), Plaintiff's Memorandum in Opposition is currently due on Wednesday, May 21, 2025. Plaintiff respectfully requests a two-week extension to Wednesday, June 4, 2025, to address the matters raised by the

motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached order setting forth the aforementioned deadline for Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss.

Respectfully submitted this 14th day of May, 2025.

                        JAMES M. MALONEY
                        Attorney for Plaintiff
                        Law Office of James M. Maloney
                        33 Bayview Avenue
                        Port Washington, New York 11050
                        (516) 767-1395
                        maritimelaw@nyu.edu

*/s/ James M. Maloney*

## CERTIFICATE OF COMPLIANCE WITH RULE 7.1

Pursuant to Local Rule 7.1, James M. Maloney, counsel for Plaintiff, hereby certifies that he conferred with Elmer Ignacio, counsel for Defendants and is authorized to represent that Defendant does not oppose Plaintiff's request for a two-week extension of time to file its Memorandum in Opposition to Defendants' Motion to Dismiss.

James M. Maloney