helping to prepare the next generation of maritime professionals, and would create a Maritime Career and Technical Education Advisory Committee.[5]

It is fair to say that the People of the United States (who are, at least in theory, the true federal sovereign) have a federal sovereign interest in "America's Flagship," even if the vessel has recently become, as Defendant repeatedly puts it, Okaloosa County's "tangible property." For one thing, of the $77.7 million that it cost to build her, $44.9 million[6] or 57.7% was paid for by the People of the United States through a combination of national defense features subsidy and construction differential subsidy. Doc. 12-2 (exhibit to Amended Complaint consisting of the Historic American Engineering Record (HAER) for the vessel), at page 3 (pdf page 4 of 13).

But money alone is only part of the story: the vessel's unique status as an American naval-architecture and shipbuilding marvel puts her on a par with such historical objects as the Liberty Bell. Were the latter to be somehow acquired as the "tangible property" of a local government that intended to melt the Bell down

---

[5] *See* Pribyl, Tenev, Luzwick, Lehrer, & Martin, "Bipartisan Bill Reintroduced to Enhance U.S. Shipbuilding, Maritime Sector, National Security" (Holland & Knight Alert), https://www.hklaw.com/en/insights/publications/2025/05/bipartisan-bill-reintroduced-to-enhance-us-shipbuilding-maritime, last accessed June 11, 2025.

[6] It is estimated that 44.9 million dollars in 1952 (the year that the ship was launched) would be the equivalent of over 540 million dollars today. *See, e.g.*, online converter at https://www.in2013dollars.com/us/inflation/1952?amount=44900000&endYear=2025.