# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION
# IN ADMIRALTY

NEW YORK COALITION TO
SAVE THE STEAM SHIP
UNITED STATES, INC.

   Plaintiff,

vs.                                                Case No. 3:25-cv-00212-MCR-HTC

OKALOOSA COUNTY, FLORIDA

   Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN RESPONSE TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant, OKALOOSA COUNTY, FLORIDA (the "County"), by and through undersigned counsel, moves this Court, pursuant to Northern District of Florida Local Rule 7.1(I), for leave to file a reply memorandum, not to exceed 3,200 words, in response to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss (Docs. 22, 22-1, and 23). In support, the County states as follows:

1. This matter proceeds upon Plaintiff's two-count Amended Civil Complaint. (Doc. 12).

2. In sum, Plaintiff's Amended Complaint asks this Court to restrain the County's lawful use of its property—a vessel—unless and until another entity takes up Plaintiff's cause. The pleading also requests this Court require the County to seek an inapplicable permit prior to utilizing its property.

3. The County moved to dismiss Plaintiff's Amended Complaint, with prejudice, on May 7, 2025 (the "Motion to Dismiss"). (Doc. 16).

4. In its Motion to Dismiss, the County asserted Plaintiff lacks standing to bring its present challenges, and even so, Plaintiff's Amended Complaint fails to state a cause of action for which relief may be granted. (Id.).

5. Plaintiff filed its Memorandum of Law in Opposition to Defendant's Motion to Dismiss on June 11, 2025, then filed an amendment the following morning. (Docs. 22, 22-1, 23).

6. The County seeks leave to file a reply memorandum in response to Plaintiff's memorandum opposing the County's Motion to Dismiss.

## **ARGUMENT**

A party may not file a reply memorandum in support of a motion (other than a motion for summary judgment) as a matter of course, but the Court may grant leave to file a reply under extraordinary circumstances. N.D. Fla. Loc. R. 7.1(I). The County seeks leave to address crucial authorities, arguments, and points raised or omitted in Plaintiff's Response. The County does not seek a second bite at the apple

or attempt to raise arguments that should have been addressed in its Motion to Dismiss. Instead, the County wishes to address new issues raised in Plaintiff's Response and to apprise the Court of deficiencies in the Response. Specifically, the County intends to address Plaintiff's newly relied-upon legal authorities, which the County would argue are factually dissimilar or distinguishable and/or legally inapposite; Plaintiff's assertions pertaining to the vessel's listing on the National Register of Historic Places, which the County would argue does not restrict the County's use of its property; Plaintiff's shifting legal theories; and other substantive and/or procedural defects in Plaintiff's Response.

    **WHEREFORE**, Defendant, OKALOOSA COUNTY, FLORIDA, respectfully requests this Court permit the County to file a reply memorandum, not to exceed 3,200 words, at a time set by the Court, but no later than ten (10) days from the entry of such order granting this Motion.

Respectfully submitted, this 13th day of June, 2025.

/s/ *Matthew R. Shaud*
ELMER C. IGNACIO
Florida Bar No. 537683
MATTHEW R. SHAUD
Florida Bar No. 122252
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 (Facsimile)
eignacio@ngnlaw.com
mshaud@ngnlaw.com
legal-admin@ngnlaw.com

**COUNSEL FOR DEFENDANT,
OKALOOSA COUNTY, FLORIDA**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida, via the CM/ECF system, which will also serve a copy to all counsel of record, on this 13th day of June, 2025.

/s/ *Matthew R. Shaud*
MATTHEW R. SHAUD

**LOCAL RULE 7.1(B) CERTIFICATION**

**I HEREBY CERTIFY** that, prior to filing the instant motion, undersigned counsel conferred with Plaintiff's counsel via electronic communications on June 12, and June 13, 2025. Plaintiff does <u>not</u> oppose the relief requested herein.

/s/ *Matthew R. Shaud*
MATTHEW R. SHAUD

**LOCAL RULE 7.1(F) CERTIFICATION**

**I HEREBY CERTIFY** that this motion contains 456 words, excluding the case style and certifications.

/s/ *Matthew R. Shaud*
MATTHEW R. SHAUD
