# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

NEW YORK COALITION TO SAVE
THE STEAM SHIP UNITED
STATES, INC.,
    Plaintiff,

v.

OKALOOSA COUNTY, FLORIDA,
    Defendant.

CASE NO. 3:25-cv-212-MCR-HTC

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    June 16, 2025
Motion/Pleadings: MOTION FOR LEAVE TO REPLY
Filed by Defendant    on June 13, 2025    Doc. # 24
    ____ Stipulated      ____ Joint Pleading
    ____ Unopposed      ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:    Patricia G. Romero

On consideration, the motion is GRANTED for good cause shown. Defendant's reply memorandum, not to exceed 3200 words, must be filed within ten (10) days of the date of this Order.

**DONE** and **ORDERED** this 17th day of June 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**