

SIGN IN
HOME (/)
AMERICA'S FLAGSHIP
THE SHIP (/THE-SHIP)
HISTORY: DESIGN & LAUNCH (/HISTORY-DESIGN-LAUNCH)
HISTORY: THE GLORY YEARS (/HISTORY-THE-GLORY-YEARS)
HISTORY: RETIREMENT (/HISTORY-RETIREMENT)
SS UNITED STATES' PROPELLERS (/SS-UNITED-STATESS-PROPELLERS)
SS UNITED STATES VS. RMS TITANIC (/SS-UNITED-STATES-VS-RMS-TITANIC)
WHY THE SS UNITED STATES INSPIRES (/WHY-THE-SS-UNITED-STATES-INSPIRES)
FAST FACTS (/FAST-FACTS)
THE CONSERVANCY
OUR HISTORY (/OUR-HISTORY)
OUR BOARD (/OUR-BOARD)
OUR STAFF (/OUR-STAFF)
LEADERSHIP CIRCLES (/LEADERSHIP-CIRCLES)
ADVISORY COUNCIL (/ADVISORY-COUNCIL)
2024 APPEAL (/2024-APPEAL)
FREQUENTLY ASKED QUESTIONS (/FREQUENTLY-ASKED-QUESTIONS)
ORGANIZATIONAL HIGHLIGHTS 2022 - 2024 (/S/2023-SSUSC-REPORT-SM.PDF)
THE COLLECTION
MUSEUM & VISITOR EXPERIENCE (/MUSEUM-AND-VISITOR-EXPERIENCE-PLANS)
DIGITAL EXHIBITIONS (HTTPS://WWW.SSUSC.ORG/DIGITAL-EXHIBITIONS)
COLLECTION HIGHLIGHTS (/COLLECTION-HIGHLIGHTS)
ORAL HISTORIES AND TESTIMONIALS (/ORAL-HISTORIES-AND-TESTIMONIALS)
DOCUMENTARY FILM: LADY IN WAITING (/DOCUMENTARY-FILM-LADY-IN-WAITING)
DOCUMENTARY FILM: MADE IN AMERICA (/MADE-IN-AMERICA)
HOW CAN I HELP?
DONATE & JOIN (/DONATE)
MONTHLY GIVING (/MONTHLY-GIVING)
SPONSORSHIP (/SPONSORSHIP)
CHAPTERS (/CHAPTERS)
JUNIOR SHIPSTERS (/JUNIOR-SHIPSTERS)
THE LEGACY PROJECT (/THE-LEGACY-PROJECT)
PASSENGERS AND CREW (/PASSENGERS-AND-CREW)
THE OBSERVATION LOUNGE (/THE-OBSERVATION-LOUNGE)
EMPLOYMENT (/EMPLOYMENT)
CONTACT (/CONTACT)
SHOP
STORE (/STORE)
ACCESSORIES (/ACCESSORIES)
BOOKS & MEDIA (/BOOKS-MEDIA)
ARTWORK (/ARTWORK)
ANTIQUES & COLLECTIBLES (/ANTIQUES-COLLECTIBLES)
NEWS
NEWS (/NEWS)
FEATURED NEWS COVERAGE (/FEATURED-NEWS-COVERAGE)
MEDIA RESOURCES (/MEDIA-RESOURCES)
E-NEWSLETTER ARCHIVE (/ENEWSLETTER-ARCHIVE)
EVENTS (/EVENTS)
BLOGS
THE BLUE RIBAND BLOG (HTTPS://WWW.WEARETHEUNITEDSTATES.ORG/BLOG)
CALL SIGN KJEH (/NEWS?CATEGORY=CALL%20SIGN%20KJEH)
SHIPWAY NO. 10 (/NEWS?CATEGORY=SHIPWAY%20N%C2%BA%2010)
DAVID MACAULAY'S JOURNEY (/NEWS?CATEGORY=DAVID%20MACAULAY'S%20JOURN...)
SUBSCRIBE (/SUBSCRIBE)

DONATE (HTTPS://WWW.SSUSC.ORG/DONATE)



# ANSWERS TO FREQUENTLY ASKED QUESTIONS

The Conservancy frequently receives a wide range of inquiries from supporters, ship enthusiasts, researchers and the media. We have developed responses to many of these frequently asked questions, which detail how we are uniting people around the world to celebrate and commemorate this irreplaceable American icon. If you have any additional questions not covered here, please do not hesitate to reach out to us at info@ssusc.org (mailto:info@ssusc.org).

## ABOUT AMERICA'S FLAGSHIP

## CONSERVANCY MISSION, VISION & OPERATIONS

## LEGAL DISPUTE BETWEEN THE CONSERVANCY AND PENN WAREHOUSING

REEFING CONTRACT WITH OKALOOSA COUNTY

**WHY DID THE SS UNITED STATES CONSERVANCY PARTNER WITH FLORIDA'S OKALOOSA COUNTY TO CONVERT AMERICA'S FLAGSHIP INTO THE WORLD'S LARGEST ARTIFICIAL REEF?**

The legal conflict with the operators of Pier 82 in Philadelphia drastically impacted the Conservancy's plans for the ship's long-term future. Because of the court proceeding, we had a very limited time to find a new home for the SS *United States*. Despite intensive outreach to private pier owners, government agencies, elected officials, and public authorities at the local, state and federal levels — an effort that began well before Penn Warehousing sued the Conservancy in early 2022 — no suitable and available location was secured within the mandated schedule. While we had vetted various entities with proposals to purchase and relocate the ship, none satisfied our minimum due diligence or proved viable within the compressed timetable and logistical constraints.

Unable to save the SS *United States* in her current state and under a court-ordered deadline, we faced the painful but unavoidable choice between scrapping America's Flagship or converting her into an artificial reef in tandem with a land-based museum. We chose the latter as the more dignified path. As part of the settlement that resulted from court-ordered mediation, the SS United States Conservancy agreed to the sale of America's Flagship to Okaloosa County, Florida, which in turn facilitated her removal from the pier to comply with the Court's order. While this is not the outcome we originally envisioned, the ship will have a future. This next chapter of the SS *United States*' story will bring tens of thousands of people annually from around the world to experience her as an artificial reef and celebrated and commemorated in a land-based museum.

**WHAT IS THE STATUS OF THE PARTNERSHIP BETWEEN FLORIDA'S OKALOOSA COUNTYAND THE SS UNITED STATES CONSERVANCY?**

On October 1, 2024, the Okaloosa County Board of County Commissioners approved a contract to acquire the SS *United States* that would see the historic ocean liner converted into the world's largest artificial reef.  The deal stipulated that the Conservancy will be compensated for the vessel, as well as receive a seed grant to help construct an innovative land-based museum and immersive experience that would allow visitors from around the world to explore the legacy of America's Flagship**.**

On Saturday, October 12, 2024 (https://youtu.be/JMPNIznCs6w), leadership from the SS United States Conservancy's Board of Directors and officials from Okaloosa County, Florida, joined by members of the Conservancy's preservation team, gathered aboard the historic ocean liner to inaugurate a new era for America's Flagship with a contract signing ceremony.

**SS UNITED STATES DEPARTURE FROM PHILADELPHIA**

On February 19, 2025, Okaloosa County contractors towed the SS *United States* out from Pier 80 and down the Delaware River, beginning her voyage to Mobile, Alabama for remediation before reefing. The more than 1,800-mile tow was completed in an unexpectedly short period of only 12 days. Thousands of onlookers viewed her historic passage from the shore, capturing extraordinary images and sharing them on social media. Near Pompano Beach, Florida, lucky passengers aboard Royal Caribbean's *Utopia of the Seas* enjoyeda close-up view of the SS *United States* when their captain pulled alongside, announced to his passengers the historical significance of what they were observing, and sounded the ship's horn three times in an honorary salute to The Big U.

**WHAT ARE THE ECONOMIC AND ENVIRONMENTAL BENEFITS OF ARTIFICIAL REEFS?**

Once deployed off Destin-Fort Walton Beach, at nearly 1,000-feet long, the SS *United States* will become the world's largest artificial reef and a home for a diverse range of marine life and attract divers and anglers from around the world. The purchase of the SS *United States* will continue the growth of Destin-Fort Walton Beach's robust artificial reef program, the most active, and one of the largest vessel artificial reef collections in the United States.

According to the Florida Fish and Wildlife Conservation Commission, for every dollar spent on artificial reefs in the Florida Panhandle, the conservative overall economic benefit of the artificial reef system over its life span is $138, a 13,800% return on investment. This includes job creation in the construction and maintenance of reefs and increased economic activity in related sectors such as retail.

## HOW LONG WILL IT TAKE FOR THE SS *UNITED STATES* TO COMPLETE PREPARATIONS FOR BEING DEPLOYED AS AN ARTIFICIAL REEF?

The announced agreement (https://myokaloosa.com/sites/default/files/Press%20Release%20-%20DFWB%20SSUSC%20Announcement%20-.pdf?fbclid=IwY2xjawFpHaRleHRuA2FlbQIxMAABHfuznchesX3-3drjt5n3d0w7mAmp3s2TcftI-oiFQmxHl7b96coAY2cKcw_aem_p_2INfOBKdpCN5YikQ74gQ) between the SS United States Conservancy and Florida's Okaloosa County marks the start of a lengthy process that will include the cleaning and preparation of the ship. It is expected to take upwards of a year to complete the necessary environmental remediation of the historic ocean liner.

## WHERE WILL THE SS *UNITED STATES* BE DEPLOYED AS AN ARTIFICIAL REEF?

The exact deployment location offshore Florida's Destin-Fort Walton Beach has not been determined and will ultimately be guided by Okaloosa County Natural Resources Division's multi-year artificial reef plan, which is geared toward establishing Destin-Fort Walton Beach as the dive capital of the state of Florida and artificial reef capital of the United States. However, it is projected that the SS *United States* will be deployed at a depth that will be widely accessible, providing ample opportunities for divers of all skill levels.

## CAN THE PUBLIC ACCESS THE SS *UNITED STATES* AS THE SHIP IS BEING PREPARED FOR DEPLOYMENT AS AN ARTIFICIAL REEF?

As Okaloosa County advances on the environmental remediation work associated with the SS *United States*' redevelopment as the world's largest artificial reef, access to the vessel is highly restricted. Some 200 workers will be operating in close quarters, so the environment is unsafe for the general public.

According to Okaloosa County officials, however, "The SS *United States* is viewable from the public street adjacent to her current location at 601 South Royal Street, Mobile, Alabama. Please be advised that the surrounding private properties are off limits to the public. The SS *United States* is undergoing active remediation and is therefore not accessible to the public at this time."

The Conservancy will continue to have limited access to America's Flagship for the purpose of securing historically significant items that may be included in the future land-based museum. Conservancy staff, along with a skilled team of advisors, have identified key elements from the vessel that would be integral to any future museum space and the items will be appropriately and professionally removed from the vessel and added to the Conservancy's existing curatorial collection.

**HOW IS THE CONSERVANCY RESPONDING TO OTHER GROUPS' LAST-MINUTE ATTEMPTS TO "SAVE" THE SS UNITED STATES?**

Our efforts for more than a decade — and even before taking ownership of the SS United States — make clear that our first choice has always been to preserve America's Flagship above the waterline. Penn Warehousing's litigation, and the resulting court-ordered deadline we faced to remove the ship from her Philadelphia pier, took that choice away from us. We were left only with the painful alternatives of scrapping or reefing The Big U.

We empathize with any individual or group that hoped for a different outcome.

That said, the ship is now owned by Okaloosa County, Florida. From our first meeting with County officials, it was clear that they respect both the passion we feel for the ship, and our commitment to honor her unique and remarkable legacy going forward. The County's

preservation of key items from the ship, and their financial commitment to a land-based museum, are tangible proof of their understanding.

Groups proposing the prospect of the ship being "saved" at this point — and particularly raising hopes (and even actual funds) — bear an enormous responsibility to potential supporters to be transparent and forthcoming with details. That starts with an honest appraisal of how things could move forward logistically and financially when a binding purchase and sale agreement was fully executed months ago.

In terms of the New York group which has initiated litigation against Okaloosa County and seeks to bring the ship to New York at a specific pier in Gowanus, Brooklyn, there is history with the Conservancy dating back 10 years. Several hurdles had been identified at the proposed site, and interaction between the parties did not resolve those obstacles or satisfy minimal due diligence. In our urgent search for a temporary pier last year, we revisited this location and concluded that the designated pier could not accommodate the SS United States without major work, that that this could not be accomplished within the short, court-ordered timeframe.

## SUBSCRIBE

Stay up to date on the latest news about the SS *United States* by subscribing to our free e-newsletter.

Email Address        SIGN UP

BECOME A MEMBER (/DONATE)
PRIVACY POLICY (/PRIVACY-POLICY)
TERMS OF USE (/TERMS-OF-USE)

SS UNITED STATES CONSERVANCY
720 ARCH STREET BOX 43
PHILADELPHIA, PA 19105
888.488.7787

info@ssusc.org (mailto:info@ssusc.org)

COPYRIGHT © 2009-2025 SS UNITED STATES CONSERVANCY
ALL RIGHTS RESERVED