change.org                                                                                                     Start a petition  ☰



## Save an American ICON, the SS United States, Don't Destroy History!

**✎ Sign petition**

### 13,593 ✓

Verified signatures ⌄

| David Howard • 45 minutes ago | Keenan Geiger • 3 hours ago | Vince Martell • 8 hours ago | Micha Kerkhoff • 8 hours ago | Brayden Mead • 13 hour |

 Decision Makers: Doug Burgum +9

 14 Supporter Voices

 2 Media Mentions

## The Issue

On occasion we find ourselves in the perilous position where history faces destruction, and are forced to petition those who hold power to see past the fog of nebulous dealings and intervene on the behalf of the few who can afford to keep a watchful eye over that which may otherwise be ignored.  Such currently is the case with the SS United States, which now finds itself teetering on the brink of needless destruction.  Built in 1952 and serving thousands of passengers across 17 years of proud service between her home port in New York and Southampton in England, the United States has exchanged ownership many times before being acquired by Oskaloosa County in Florida.  Both now and then, the United States has stood as a symbol of American engineering prowess and has survived the intervening decades as both a record holder – holding the title of the fastest passenger ship to cross the Atlantic for over 70 years – and untapped potential awaiting rebirth.  After almost 30 years of storage in Philadelphia, she is now heading for Mobile, Alabama for remediation to become an artificial reef.

It has been decided without debate – and in the face of additional evidence that we have discovered – that the destruction of the ship via reefing is the most ideal future, despite the high potential for breaking federal law and creating a significant environmental catastrophe off the

5/23/25, 10:40 AM
Petition · Save an American ICON, the SS United States, Don't Destroy History · United States · Change.org
Case 3:25-cv-00212-MCR-HTC   Document 31-3   Filed 08/19/25   Page 2 of 7

coast of Florida, as well as becoming a hazard to divers within as little as a decade.  ==We have attempted a private solution to this disagreement but are now forced to take action ourselves.==

More significant than most faced with the destruction of historical artifacts, we claim that the SS United States maintains protection under the National Historic Preservation Act of 1966, Section 106 – which states that any location or object listed on the National Register of Historic Places must be subject to formal, federal review if federal agencies are involved in the funding, permitting, or approval of any significant modification.  Due to the presence of polychlorinated biphenyls – federally controlled contaminants in the eyes of the EPA – any plans to reef the ship must involve EPA approval, which would trigger a Section 106 review.  Additionally, we believe her to maintain her Congressionally enshrined protections in the 92nd and 94th Congresses, which dictate that the United States government retains the right to purchase the ship for preservation above water in the United States.  We are additionally concerned that the presence of PCBs may create a leachate point source in the sensitive ecosystem off the Florida coast, and that the aluminum superstructure and steel hull may together galvanically corrode the ship after reefing, decaying to the point of becoming a major diving hazard for future visitors, as happened above water to her sister ship in the early 2000s, ending in the total destruction of that ship.  ==We, the friends of the New York Coalition to Save the SS United States, call upon the above addressed to investigate this status and interdict any immediate plans to reef the ship by posing a formal review.==  We also present an opportunity to avoid this scenario by offering to return the ship to New York in our esteemed care and restore her as a jewel in the crown of a 13-acre green technology waterfront redevelopment, bringing native plant life back to Brooklyn, New York and investing millions into the economy – a 250th birthday gift to her namesake if ever there was one.

By signing this petition, you can enshrine your name as a protector of history and one of a steadfastly determined crowd of people who are emboldened to stand up for the right side of history.  Please also consider donating to our GoFundMe to support our legal efforts and preparations in remediating the SS United States:  **https://www.gofundme.com/f/last-chance-rescue-the-legendary-ss-united-states-from-sink**

 Report a policy violation

 **New York Coalition To Save the SS United States**
Petition Starter

 **128 people** signed this week

**✍ Sign petition**

# The Decision Makers

 **Doug Burgum**
Former North Dakota Governor

☹ No response (notified 14 days ago)

**Email decision maker**

**Ron DeSantis**
Florida Governor

☹ No response (notified 14 days ago)

| Email decision maker |
|---|



**Carolyn Ketchel**
Okaloosa County Commission - District 2

☹ No response (notified 84 days ago)

| Email decision maker |
|---|

| View 7 more |
|---|

## The Supporters

Featured Comments



**Darcey**
3 months ago

"I saw her once, in 2005, as I and my husband traveled over the Walt Whitman bridge. I was in "awe" as she proudly floated majestically, yet silent. She seemed to hauntingly cry out to me for help, as if she was drowning in sadness, disrespect and the ignorance of how mankind (WE AMERICANS) had abandoned her. I felt her yearning to be free from the bonds that tied her to the dock, deep within my heart. I had no idea who she was, where she came from, why she was moored there and for how long. She literally haunted me the entire day. Upon our arrival home from picking up our new puppy (our Beloved Isabelle', who passed in 2017), I got her (Isabelle') settled in and began my research about the MAGNIFICENT "Ocean Liner" that was continuing to haunt me. Finally, when I had found her and researched her history, I was saddened by what

**Show full text**

♡ 45 likes  ·  ⚑ Report



**Jake**, Jersey City
3 months ago

✊ **128 people** signed this week

**Show full text**

♡ 36 likes  ·  ⚑ Report



**Felipe**, Plainsboro
3 months ago

"Let's Save America's Flagship, we can do it, we can help it and let's all bring Big U back. :) This piece of history is such a work of art and maritime engineering, it also is the fastest ship ever built, and is current holder of the Blue Ribband, we can do it folks! She will light up and bring back again hopefully. "This ship represents the can do spirit and other qualities that helped build the great nation whose name she bears on her hull. The SS United States is the embodiment of this country and must be preserved. "Truly one of the greatest ships in the world. One day she will yet again plow the waves of the seven seas." "You can't set her on fire, you can't sink her, and you can't catch her."- William Francis Gibbs "The SS United States is... a symbol of our country's industry and accomplishment... the destruction of the United States would be tantamount to

**Show full text**

♡ 31 likes  ·  ⚑ Report

| View all comments |
|---|

Featured Videos

    

View all supporter voices



Support Change — **Become a Member Today**

Not beholden to politics or power brokers, Change.org is free for people everywhere to make change. Every day there are real victories for issues you care about, only possible because we are 100% funded by everyday people like you.

**Will you stand with us to protect the power of everyday people to make a difference?**

$4    $6    $11
$21    Other

**Support Change.org**

Pay with credit card or PayPal

128 people signed this week

12,500 supporters                                                                1 month ago

New York Coalition To Save the SS United States started this petition           3 months ago

## Media Mentions

✦ Detected by Change.org



Case 3:25-cv-00212-MCR-HTC   Document 31-3   Filed 08/19/25   Page 5 of 7



✨ Detected by Change.org

👊 **128 people** signed this week

5/23/25, 10:40 AM
Petition · Save an American ICON, the SS United States, Don't Destroy History! · Change.org
Case 3:25-cv-00212-MCR-HTC   Document 31-3   Filed 08/19/25   Page 6 of 7

## Share this petition



Share this petition in person or use the QR code for your own material.

**Download QR Code**

✊ 128 people signed this week

Share on Facebook

Send via WhatsApp

Post on X

Copy link

Send via email

Petition created on February 24, 2025

Change.org  ›  preservation  ›  **Save an American ICON, the SS United States, Don't Destroy History!**

| Company | Community | Support | Connect | Guides |
|---|---|---|---|---|
| About | Blog | Help | X | Petition Guides |
| Impact | Press | Privacy | Facebook | Create Your Petition |
| Careers | Community Guidelines | Terms | Instagram | Collect Signatures |
| Team | | Cookie Policy | | Reach out to Media |
| | | Manage Cookies | | Engage Your Decision Maker |

English (United States)

© 2025, Change.org, PBC

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

128 people signed this week