5/23/25, 1:30 PM
FAQs — New York Coalition to Save the SS United States
Case 3:25-cv-00212-MCR-HTC    Document 31-4    Filed 08/19/25    Page 1 of 3

⚓ **Tap here for our message regarding the cutting of the Funnels** ⚓   ×

Home    Events    About
Plot of Action                    NEW YORK COALITION TO SAVE THE SS UNITED STATES                    Donate
Our Supporters

FAQ

## What is the New York Coalition to Save the SS United States?

The coalition is a New York based 501(c)(3) non-profit established to secure the future of the *SS United States* through public awareness, advocacy and fundraising.

## What is the mission of the New York Coalition to Save the SS United States?

The coalition's mission is to secure and save the SS United States. If achieved, the ship will be part of a vibrant and dynamic Public Waterfront Dynamic-Use Center in Brooklyn. The center would offer a diverse focus on History, Art, Education, Community, Entertainment, Environmental Well-Being, Health, and Commercial Applications.
Ocean liners throughout the world - such as the <u>Queen Mary</u> in California, <u>Rotterdam</u> in the Netherlands, and <u>Queen Elizabeth 2</u> in the UAE have all been successfully repurposed and preserved as world-class mixed-use venues.

## What happens if the Coalition does not succeed in saving the SS United States?

In the unfortunate circumstance in which the coalition fails in preventing the reefing of this historic SS United States, a planned monument will be dedicated to continuing to honor the ship's legacy.

## The ship has already been moved out of Philadelphia, isn't it too late?

**Absolutely not.**
As long as the SS United States is afloat, the coalition remains committed to exploring, and exhausting, all possible possibilities to prevent the vessel from being lost to history.

### Where will the SS United States be moored if saved?

The SS United States would be moored in South Red Hook, Brooklyn, NY at the Gowanus Bay Terminal (GBX™~).

*Although similarly named, the Gowanus Bay should **not** be confused with the Gowanus Canal. For more information on GBX™~, take a look at the section below.*

### Wouldn't the SS United States make a great reef?

As alluring as it may sound, due to the design and construction of the ship, as well as the planned location of the reef, the SS United States could make for a bad reef. For a full breakdown of why, take a look at **An Analogue-Based Environmental Review of the Planned SS United States Reef** by Mattew J. Lewsiw by tapping here.

### How to support the mission of the Coalition

Be part of the solution and get involved! Share your Time, Talents and treasures to benefit the future of the SS United States.

Contact the Coalition by tapping here to:
- Share your talent. Do you have skills that can aid in the effort?
- Make a financial commitment to support the coalition's efforts.
*Donations will be allocated to create and respond to all legal and business tasks to include raising public awareness, preservation and the redevelop plan benefiting the SS United States.*
- Volunteer your time. Preservation of the ship creates opportunity.
- Help the cause by sharing updates and directing opportunities to the coalition.
- Follow us on all social media platforms
- Participate in in person and online events
- Write to your elected officials (**including your elected representatives, Okaloosa County Commissioners, NYC Council Members, and the White House**) about the importance of saving America's flagship!

## More about GBX™~

Is GBX™~ big enough for the SS United States?                                 +

Will the ship be safe there?                                                  +

Is the water at GBX™~ safe for the ship?                                      +

Will GBX™~ require dredging for the SS United States?                         +

Will this benefit the surrounding community?                                  +

Why didn't the SSUS Conservancy pursue bringing the ship to GBX~™?            +



© New York Coalition to Save the SS United States

RESOURCE CENTER
CONTACT US

*Initial Concept Renderings Subject to Change*