⚓ **Tap here for our message regarding the cutting of the Funnels** ⚓   ×

Home   Events   About

Plan of Action

Our Supporters

   

Donate

## Done then, done now.

With the recent images circulating of cuts being made in the funnels of the *SS United States*, we wanted to take a moment to reassure you that the New York Coalition is not deterred by this and we will continue to do everything we can to prevent the loss of the vessel - Here's why this doesn't signal the end.

Believe it or not, modern ships are almost exclusively built in large sections which are then raised into place. This practice isn't new, it has been going on in various degrees for decades, with large portions of the *SS United States* being constructed independently of the rest of the ship - such as her funnels! The incredible black and white photo below of one of the ship's funnels was taken before it was fitted on the vessel. If the funnels are removed, they can be reattached. *They did it in the 1950s, we can do it in the 2020s*, with the same construction methods used for modern ships, as can be seen in the time lapse of the construction of the *Disney Wish* at Meyer Werft Shipyard.







Disney Wish Construction Time Lapse - Meyer Werft Shipyard

## What if they scrap the funnels?

The current publicly available plan from Okaloosa County states that the funnels are to be preserved, but, in the unfortunate situation where either one or both of the funnels are scrapped or otherwise destroyed, recreations can be fitted to the vessel. Although this may seem odd at first, one of the most notable museum ships in the world – and a ship which often crossed paths with the *SS United States* – actually has replacement funnels fitted to her today. The *Queen Mary* was in a sad state upon her arrival to her permanent home in Longbeach,

California and had to undergo extensive restoration, including the replacement of her funnels, among many other things.



The Queen Mary without her funnels during restoration upon arriving in Longbeach.



Photos of pieces of the original funnels after removal and images of the replacement pieces being raised into place.





The Queen Mary with her replacement funnels as she sits today.



© New York Coalition to Save the SS United States

[RESOURCE CENTER](#)
[CONTACT US](#)

*Initial Concept Renderings Subject to Change*