UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NEW YORK COALITION TO SAVE
THE STEAM SHIP UNITED STATES INC,

    Plaintiff,

v.                          CASE NO. 3:25cv212-MCR-HTC

OKALOOSA COUNTY FLORIDA,

    Defendant.
_____/

## ORDER

This case was dismissed for lack of subject matter jurisdiction. Subsequently, Defendant Okaloosa County, Florida, filed a Motion for Sanctions, ECF No. 31, and Plaintiff filed an affidavit in opposition, ECF No. 32. The undersigned finds it appropriate to refer this matter to the assigned Magistrate Judge for resolution.

Accordingly, the Clerk is directed to refer the Motion for Sanctions, ECF No. 31, and related documents to Magistrate Judge Hope T. Cannon pursuant to Rule 72(a) of the Federal Rules of Civil Procedure. *See also* N.D. Fla. Loc. R. 72.3; 28 U.S.C. § 636(b).

**DONE AND ORDERED** this 31st day of October 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**