UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NEW YORK COALITION TO SAVE
THE STEAM SHIP UNITED
STATES, INC.,

     Plaintiff,

v.                                                                 Case No. 3:25cv212-MCR-HTC

OKALOOSA COUNTY, FLORIDA,

     Defendant.

_____/

## ORDER

The District Judge has referred Defendant Okaloosa County's motion for Rule 11 sanctions to the undersigned for resolution.  Doc. 31.  Accordingly, the Court will hold a hearing on this matter on **November 21, 2025, at 1:00 p.m. (CST) in Courtroom 3 North of the United States District Courthouse, One North Palafox Street, Pensacola, Florida 32502**.  The proceedings will be recorded utilizing the Court's electronic recording system.  Any party desiring the services of a court reporter will be responsible for procuring such services.

DONE AND ORDERED this 31st day of October, 2025.

*/s/ Hope Thai Cannon*
_____
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

**NOTE:**

**If you or any party, witness, or attorney in this matter have a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the clerk's office at least one (1) week prior to the hearing (or as soon as possible) so arrangements can be made.**

Case No. 3:25cv212-MCR-HTC