UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NEW YORK COALITION TO SAVE  \*
THE STEAM SHIP UNITED  \*
STATES, INC.  \*
 \*   3:25-cv-00212-MCR-HTC
 *Plaintiff*,  \*
v.  \*
 \*
OKALOOSA COUNTY, FLORIDA,  \*
 \*
 *Defendant.*  \*

**UNOPPOSED REQUEST FOR ADJOURNMENT OF HEARING**

NEW YORK COALITION TO SAVE THE STEAM SHIP UNITED STATES, INC., Respondent to Defendant's motion for sanctions (Doc. 31 *et seq*.), respectfully requests that the hearing scheduled by the Court for November 21, 2025, be adjourned as further indicated below. In support of this unopposed request, the undersigned avers as follows:

1. I have conferred with opposing counsel, who have indicated that they wish to appear in person and would be available to do so on any date during the weeks of 1/5/2026, 1/12/2026, or 1/19/2026, at the Court's discretion.  If this request is granted, I will make myself available to appear in person on that date.

2. I cannot risk traveling on 11/21/2025 because that is the day that my current NYS enhanced driver's license expires. I have renewed it online and have a temporary document, but I may not have the actual document until after 11/21,

nor do I hold a current passport. Based on my research and inquiries, it appears that TSA will not accept my temporary document once my current NYS enhanced driver's license expires on 11/21/2025, so I may be prevented from boarding an airplane, either on the way to Pensacola or on the way back.  I have no certainty that the new NYS enhanced driver's license before 11/21/2025.

    3. Opposing counsel has indicated that they will appear in person even if I were to appear virtually or by telephone on the scheduled date.  Accordingly, I do not wish to appear virtually while the Movant in this important motion will be appearing in person.

    4. In accordance with Local Rule 7.1(B), Defendant/Movant has indicated through counsel that it does not object to the relief sought herein, i.e., a rescheduling of the hearing to any date during the weeks of 1/5/2026, 1/12/2026, or 1/19/2026.

    Respectfully submitted this 17th day of November, 2025.

    */s/ James M. Maloney*
JAMES M. MALONEY
Attorney for Plaintiff
NEW YORK COALITION TO
SAVE THE STEAM SHIP
UNITED STATES, INC.
33 Bayview Avenue
Port Washington, NY 11050
(516) 767-1395
maritimelaw@nyu.edu

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida, via the CM/ECF system, which will also serve a copy to all counsel of record, on this 17th day of November, 2025.

                                */s/ James M. Maloney*
                                    ATTORNEY

## WORD COUNT CERTIFICATION

    I HEREBY CERTIFY that this notice contains 420 words, excluding the case style and certifications.

                                */s/ James M. Maloney*
                                    ATTORNEY