UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NEW YORK COALITION TO SAVE
THE STEAM SHIP UNITED
STATES, INC.,

    Plaintiff,

v.                                         Case No. 3:25cv212-MCR-HTC

OKALOOSA COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiff's unopposed motion to reschedule the hearing on Defendant's motion for Rule 11 sanctions. Doc. 35. Upon consideration, the motion shall be granted.

Accordingly, it is ORDERED:

1. Plaintiff's unopposed motion to reschedule the hearing is GRANTED.

2. The Court will hold a hearing on Defendant's motion for sanctions on **January 7, 2026, at 1:00 p.m. (CST) in Courtroom 3 North of the United States District Courthouse, One North Palafox Street, Pensacola, Florida 32502**. The proceedings will be recorded utilizing the Court's electronic recording system. Any party desiring the services of a court reporter will be responsible for procuring such services.

DONE AND ORDERED this 17th day of November, 2025.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

**NOTE:**

**If you or any party, witness, or attorney in this matter have a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the clerk's office at least one (1) week prior to the hearing (or as soon as possible) so arrangements can be made.**