UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

## Honorable Hope T. Cannon, U.S. Magistrate Judge

| | |
|---|---|
| **Case Style:** | *New York Coalition to Save the Steam Ship United States, Inc. vs. Okaloosa County Florida* |
| **Case No.:** | 3:25-cv-212/MCR-HTC |
| **Date:** | January 7, 2026 |
| **Hearing:** | Defendant's Motion for Sanctions and Incorporate Memorandum of Law [31] |

**Time Commenced:** 1:00 p.m.   **Time Concluded:** 2:18 p.m.
**Court Reporter:** DCR

**Present via Zoom for Plaintiff New York Coalition to Save the Steam Ship United States, Inc.:**
James Maloney, Esquire (Law Office of James Maloney – Port Washington, NY)

**Present for Defendant Okaloosa County Florida:**
Matthew Shaud, Esquire (Nabors Giblin & Nickerson PA – Tallahassee, FL)

**PROCEEDINGS:**

| | |
|---|---|
| 1:00 p.m. | Court in session. |
| | Oral arguments by Mr. Shaud and Mr. Maloney on Defendant's Motion for Sanctions and Incorporate Memorandum of Law [EDF 31] |
| 2:18 p.m. | Court will take arguments of counsel under advisement and issue a written ruling. Court is adjourned. |

_____
Filed in Open Court
January 7, 2026
Deputy Clerk: kli